(May 25, 1967)

In the Matter of PAUL F. PRUDHOMME, JR., Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

(May 26, 1967)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILBERT SPRINGER, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

TOWN REALTY, INC., Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 42686.)

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.